IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-30-H

UNITED STATES OF AMERICA,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　　　　　)
NITTA KISEN KAISHA LTD.,　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　)
　　　　　　　　　　　　　　　　)

This matter is before the court on the consent motion, filed by defendant, to consolidate the arraignment and sentencing of this matter and to excuse the appearance of the corporate representative.

The government consents to this motion. Defendant and the government have entered into a plea agreement evidenced by the memorandum of plea agreement filed with this court. Under the terms of the agreement, defendant agrees to waive indictment and plead guilty to the criminal information filed in this action and to further execute a joint factual statement.

Pursuant to Federal Rule of Criminal Procedure 43, defendant is an organizational defendant represented by counsel and therefore is not required to be present at any stage of the

litigation. Good cause being shown, the motion for the corporate representative to be excused is hereby GRANTED.

Further, based on the documents previously filed with the court as well as the consent motion, the court grants defendant's motion to consolidate proceedings. This matter is hereby continued to this court's May 8, 2018 term in Greenville, North Carolina for both arraignment and sentencing before the undersigned. The court directs the United States Probation Office to prepare a memorandum to assist the court in sentencing.

The court finds the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this trial date is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This 3rd day of April 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26