UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-cr-00030-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| NITTA KISEN KAISHA LTD. | ) |
| | ) |

This matter comes before the Court upon the government's motion for a statutory award payment pursuant to 33 U.S.C. § 1908(a).

Upon due consideration, the motion is GRANTED. It is hereby ORDERED that from the total fine to be paid by Nitta Kisen Kaisha Ltd., an award of $250,000 attributable to Count One of this case, shall be paid to the following individuals in the following amounts:

Felix Talitod Efondo - $125,000

Jeffrey Ducay Dela Pena - $125,000

[CONTINUED ON NEXT PAGE]

It is further **ORDERED** that the Clerk of the Court issue a check payable to the individuals and in the amounts stated above and sent to:

> U.S. Department of Justice
> 2nd Floor, NOX 2 Building
> Chancery Compound
> 1201 Roxas Blvd., Ermita
> Manila 0930, Philippines
> 632-301-2000 Ext. 6501
> Attention: Christopher L. Cardani
> DOJ Attaché

SO ORDERED THIS 24th DAY OF MAY, 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge