UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-30-H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| NITTA KISEN KAISHA LTD. ) | |
| ) | |

This matter comes before the Court upon the government's Consent Motion for Payment of Fines to the Abandoned Seafarers Fund Pursuant to 33 U.S.C. § 1908(g).

Upon due consideration, the motion is GRANTED. Of the $500,000 in fines for the convictions under Count One of this matter, it is hereby ORDERED that, having provided an award of $ 250,000 to various individuals per separate order dated May 24, 2018, the remaining $ 250,000 shall be deposited into the Abandoned Seafarers Fund.

It is further ORDERED that the Clerk of the Court send the appropriate sum to Treasury Account Number, TAFS – 70X5677.01 (Penalties, Abandoned Seafarers Fund, United States Coast Guard, United States Department of Homeland Security). Checks can be made payable to UNITED STATES COAST GUARD and sent with supporting documentation to USCG Accounts Receivable, PO BOX 979119, St. Louis, MO 63197-9000.

SO ORDERED this 24th day of May, 2018.

MALCOLM J. HOWARD
Senior United States District Judge